SHERMAN M. CASLER v. JOHN G. NORDGREN.

FILED SEPTEMBER 23, 1898. No. 8228.

Transcript for Review. In error proceedings to this court, an authenticated transcript of the proceedings of the inferior tribunal must contain the final judgment or order. Such requirement is jurisdictional, and if there is a non-compliance therewith, the error proceedings must be dismissed.

ERROR from the district court of Hamilton county.

Tried below before WHEELER, J.   *Error proceeding dismissed.*

*Howard M. Kellogg* and *A. W. Agee,* for plaintiff in error.

*Hainer & Smith, contra.*

HARRISON, C. J.

In every case presented to this court by proceedings in error there must be of the record a transcript of the proceedings in the trial court inclusive of the judgment or final order, authenticated by the certificate of the clerk of such court. (Code of Civil Procedure, secs. 586, 587; *Romberg v. Fokken,* 47 Neb. 198; *Union P. R. Co. v. Kinney,* 47 Neb. 393.) The certificate in this case of the clerk of the trial court contains a specific statement or enumeration of the matters of the transcript to which it is made applicable, and there is no reference to a judgment or order. It is jurisdictional that the transcript contains the final order or judgment, and if not, the error proceeding will be

DISMISSED.